UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160(18) NEB/JFD

United States of America,

          Plaintiff,

v.

Malcolm Samuels,

          Defendant.

**ORDER FOR APPOINTMENT OF COUNSEL**

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Robin Wolpert, Attorney ID 310219, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: May 3, 2023

s/ Elizabeth Cowan Wright
Honorable Elizabeth Cowan Wright
United States Magistrate Judge